UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09cr3152-L |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER CONTINUING SENTENCING HEARING** |
| FILBERTO GARCIA-CASTRO, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for October 19, 2009, be rescheduled to **Monday, November 2, 2009, at 2:00 p.m.**

**IT IS SO ORDERED.**

DATED: October 16, 2009

_____
M. James Lorenz
United States District Court Judge